FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2017 JUN 1 PM 4:37
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

BUDGET RENT A CAR SYSTEM, INC.
and ACE AMERICAN INSURANCE
COMPANY,

    Plaintiffs,

vs.

Case No.: 6:17-cv-993-Orl-41GJK

PATRICK SHEA and SANDY
MORFORD, as personal representative of
the estate of James Shinaver,

    Defendants.
_____/

## COMPLAINT FOR DECLARATORY JUDGMENT

The Plaintiffs, BUDGET RENT A CAR SYSTEM, INC. and ACE AMERICAN INSURANCE COMPANY, hereby bring this action and sue the Defendants, PATICK SHEA and SANDY MORFORD, as personal representative of the Estate of James Shinaver, for declaratory judgment and allege as follows:

### JURISDICTION AND VENUE

1. Plaintiffs file this action under and pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201.

2. Jurisdiction of this Court over this action is invoked pursuant to 28 U.S.C. § 1332(a)(1). The matter in controversy exceeds, exclusive of interest and costs, the sum of Seventy-Five Thousand Dollars ($75,000.00).

3. There is complete diversity of citizenship between the Plaintiffs and the Defendants in this action.

4. This Court has personal jurisdiction over the Defendants because they consented to personal jurisdiction, are engaged in litigation or are otherwise citizens of the County in which this District sits, and/or otherwise engaged in transactions or business within this state from which this action arises.

5. At all times material hereto, ACE AMERICAN INSURANCE COMPANY ("ACE") was formed under the laws of the State of California, with its principal place of business in Pennsylvania.

6. At all times material hereto, BUDGET RENT A CAR SYSTEM, INC. ("BUDGET") was a Delaware corporation, with its principal place of business in New Jersey.

7. At all times material hereto, PATRICK SHEA ("SHEA") was a resident of Volusia County, Florida.

8. At all times material hereto, SANDY MORFORD ("MORFORD") was a resident of Volusia County, Florida.

9. Venue in this District is proper under 28 U.S.C. § 1391(a)(2), (3), and (c).

3791867

10. An actual case and controversy of justiciable nature exists between the parties, involving the rights and obligations of the parties under an insurance contract.

11. The Plaintiffs are, therefore, entitled to bring the instant declaratory relief action in this Court.

## FACTUAL BACKGROUND

12. On October 27, 2013, an automobile accident ("the subject accident") occurred in Port Orange, Florida, in which a vehicle driven by SHEA collided with another vehicle being operated by James Shinaver ("Shinaver"), allegedly resulting in fatal injuries to Shinaver.

13. In connection with the subject accident, SANDY MORFORD, as personal representative of the Estate of James Shinaver, filed suit for damages pursuant to The Florida Wrongful Death Act, entitled *SANDY MORFORD, as personal representative of the estate of James Shinaver v. PATRICK SHEA*, Case No. 2015 31135 CICI, Circuit Court, 17th Judicial Circuit, Volusia County, Florida (the "underlying action"). See "MORFORD COMPLAINT" attached hereto as Exhibit "A."

14. It is alleged in the MORFORD COMPLAINT that the motor vehicle accident, which occurred on October 27, 2013, was the result of the negligence of

Defendant, SHEA, and that said accident resulted in the wrongful death of Shinaver.

15. The vehicle being operated by SHEA at the time of the subject accident, a 2013 BMW X5, VIN: SUXZV4C58D0B12477, had been rented by SHEA from BUDGET.

16. The rental of this vehicle was pursuant to a Rental Agreement entered into between SHEA and BUDGET. See "Rental Agreement" attached hereto as Exhibit "B".

17. As part of this rental and pursuant to the Rental Agreement, SHEA purchased Supplemental Liability Insurance ("SLI"), underwritten by ACE, for the period of the Rental Agreement, which provided liability protection up to $2,000,000.00, subject to the terms and conditions of the Rental Agreement and corresponding ACE insurance policy. See "ACE Policy" attached hereto as Exhibit "C".

18. The ACE policy is a "fronted policy", with Budget being financially responsible for the limit amounts as a deductible.

19. The applicable ACE Policy, policy number GGO G25519668, provides coverage to BUDGET as the named insured; however, provides coverage to SHEA as an additional insured per his purchase of SLI, subject to the terms and conditions of the Rental Agreement and ACE policy.

3791867

20. At time of the subject accident, SHEA was operating the rental vehicle under influence of alcohol and/or a controlled substance.

21. As a result, on October 14, 2015, SHEA was formally charged by the State of Florida with two counts of "DUI Manslaughter", in violation of Florida Statute §316.193(3)(c)3.a, two counts of "Vehicular Homicide" in violation of Florida Statute §782.071(1)(a), and two counts of "DUI with Damage to Personal Property" in violation of Florida Statute §316.193(3)(c)1. *See State of Florida v. Patrick Shea*, Case No. 2014-301926-CFDB, Circuit Court, 17th Judicial Circuit, Volusia County, Florida.

22. Pursuant to a plea of *nolo contendere*, SHEA was convicted of two counts of DUI Manslaughter in violation of Florida Statutes § 316.193(3)(c)3.a.

## RENTAL AGREEMENT

23. The Rental Agreement contains the following pertinent language:

### Rental Terms and Conditions

*****

**15. Prohibited Use of the Car & Voiding of Optional Services.**

Certain uses of the car and other things you or a driver may do, or fail to do, will violate this agreement and, in addition to anything else may cause us to cancel your

3791867

enrollment in Budget Fastbreak Service. A VIOLATION OF THIS PARAGRAPH, WHICH INCLUDES USE OF THE CAR BY AN UNAUTHORIZED DRIVER, WILL AUTOMATICALLY TERMINATE YOUR RENTAL, IS AN EXCLUSION TO AND VOIDS ALL LIABILITY PROTECTION AND ANY OPTIONAL SERVICES THAT YOU HAVE ACCEPTED, INCLUDING ADDITIONAL LIABILITY INSURANCE, PERSONAL ACCIDENT INSURANCE, PERSONAL EFFECTS PROTECTION, ROADSIDE SAFETYNET AND LOSS DAMAGE WAIVER OR PARTIAL DAMAGE WAIVER. IT ALSO MAKES YOU LIABLE TO US FOR ALL THE PENALTIES, FINES, FORFEITURES, LIENS AND RECOVERY AND STORAGE COSTS, INCLUDING ALL RELATED LEGAL EXPENSES, FEES AND COSTS.

It is a violation of this paragraph if:

A. You use or permit the car to be used:... 5) while the driver is under the influence of alcohol or a controlled

3791867

substance; 6) for conduct that could properly be charged as a felony or misdemeanor, including the transportation of a controlled substance or contraband; 7) recklessly or while overloaded; 8) if rented in the United States, outside of the United States, or with our permission, Canada; or 9) if rented in Canada, outside of Canada, or with our permission, the United States, or

**B.** You or an additional driver, authorized or not: 1) fail to promptly report any damage to or loss of the car when it occurs or when you learn of it and provide us with a written accident/incident report or fail to cooperate fully with our investigation; 2) obtained the car through fraud or misrepresentation; 3) leave the car and fail to remove the keys or close and lock all doors, close all windows and the trunk and the car is stolen or vandalized; 4) intentionally or with willful disregard cause or allow damage to the car, or 5) return the car after hours and the car is damaged, stolen or vandalized.

*****

18. **Supplemental Liability Insurance (SLI) & Exclusions.**

3791867

*****

SLI does not apply to liability for bodily injury or property damage arising out of any "prohibited use of the car" as described in paragraph 15 of this rental agreement.

24. The corresponding ACE insurance policy incorporated the exclusions of the Rental Agreement:

### Excess Rental Liability Policy

*****

V. <u>Exclusions:</u>

In addition to those exclusions contained in the **Rental Agreement,** this insurance does not apply to…

### COUNT I – DECLARATORY RELIEF – POLICY EXCLUSION

25. Plaintiffs repeat and reallege each of the foregoing paragraphs as if fully set forth herein.

26. The Rental Agreement, signed and agreed to by SHEA, states that use of the rental car "while the driver is under the influence of alcohol or a controlled substance" is a violation of Paragraph 15 of the Rental Agreement.

3791867

27. Any renter who "intentionally or with willful disregard cause[s] or allow[s] damage to the car", or uses the car "for conduct that could properly be charged as a felony or misdemeanor", also violates Paragraph 15.

28. Per the Rental Agreement, a violation of Paragraph 15 "IS AN EXCLUSION TO AND VOIDS ALL LIABILITY PROTECTION AND ANY OPTIONAL SERVICES THAT YOU HAVE ACCEPTED, INCLUDING ADDITIONAL LIABILITY INSURANCE."

29. Paragraph 18 of the Rental Agreement clarifies that "SLI does not apply to liability for bodily injury or property damage arising out of any "prohibited use of the car" as described in paragraph 15 of this rental agreement."

30. SHEA was under the influence of alcohol and/or a controlled substance while driving the subject rental car at the time of the subject accident.

31. SHEA's conduct of driving the subject rental vehicle under the influence of alcohol and/or a controlled substance at the time of the subject accident resulted in being criminally charged with a felony and/or misdemeanor.

32. SHEA caused and/or allowed damage to the subject rental car, with willful disregard, by driving the subject rental car under the influence of alcohol and/or controlled substance at the time of the subject accident

33. SHEA's driving of the subject rental vehicle while under the influence of either alcohol and/or controlled substance was a violation of the terms and condition of the Rental Agreement resulting in an exclusion of coverage, i.e. SLI.

WHEREFORE, the Plaintiffs, BUDGET RENT A CAR SYSTEM, INC. and ACE AMERICAN INSURANCE COMPANY, respectfully pray that this court enter a declaratory judgment declaring:

(a) The subject Rental Agreement is void and therefore the Plaintiffs are not responsible for providing coverage for any claims related to the subject motor vehicle accident of October 27, 2013; and

(b) The subject ACE insurance policy is void and therefore the Plaintiffs are not responsible for providing coverage for any claims related to the subject motor vehicle accident of October 27, 2013

(c) The subject rental agreement is voidable to the benefit of Plaintiff BUDGET; and

(d) The Plaintiffs further pray that this court award costs, fees, and any other relief as deems just and proper; and

(e) Plaintiffs further demand trial by jury on all issues triable by jury as a matter of right.

3791867

Dated on May 31, 2017.

                                              Respectfully Submitted,

                                              */s Shawn J. Davis*
                                              Shawn J. Davis, Esq.
                                              Florida Bar No.: 0123196
                                              **FALK, WAAS, HERNANDEZ, CORTINA, SOLOMON & BONNER, P.A.**
                                              Attorneys for Plaintiffs
                                              1900 NW Corporate Blvd.
                                              Suite 210-E
                                              Boca Raton, FL 33431
                                              Telephone: (561)367-2510
                                              Facsimile: (561)807-6633