AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| BUDGET RENT A CAR SYSTEM, INC. and ACE AMERICAN INSURANCE COMPANY,<br><br>*Plaintiff(s)*<br>v.<br>PATRICK SHEA and SANDY MORFORD, as Personal Representative of the Estate of James Shinaver<br><br>*Defendant(s)* | Civil Action No.<br>6:17-cv-993-Orl-41GJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sandy Morford
　　　　　　　　　　　　　　　　35 Coquina Ridge Way
　　　　　　　　　　　　　　　　Ormond Beach, Florida 32174

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Shawn J. Davis, Esq. (ServiceSDavis@falkwaas.com)
　　　　　　　　　　　　　　　　　　Falk, Waas, Hernandez, Cortina, Solomon & Bonner, P.A.
　　　　　　　　　　　　　　　　　　1900 NW Corporate Boulevard, Suite 210-E
　　　　　　　　　　　　　　　　　　Boca Raton, Florida 33431
　　　　　　　　　　　　　　　　　　(561) 367-2510 - Telephone
　　　　　　　　　　　　　　　　　　(561) 807-6633 - Fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/2/17

*Signature of Clerk or Deputy Clerk*