IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:17-cv-00993-Orl-41 GJK

BUDGET RENT A CAR SYSTEM, INC.
and ACE AMERICAN INSURANCE
COMPANY,

    Plaintiffs,

vs.

PATRICK SHEA, SANDY MORFORD,
as personal representative of the estate of
James Shinaver, and GRACIELA
VALLEY, as Personal Representative of
the Estate of Teresa Shinaver,

    Defendants.
_____/

## PLAINTIFFS' MOTION IN LIMINE RE: DEFENDANT SHEA'S UNTIMELY-DISCLOSED EXPERT WITNESS & PRESUMPTION OF IMPAIRMENT

COMES NOW, the Plaintiffs, BUDGET RENT A CAR SYSTEM, INC., and ACE AMERICAN INSURANCE COMPANY, hereby file this Motion in Limine re: Defendant, SHEA's, Untimely-Disclosed Expert Witness and Presumption of Impairment, and in support thereof state as follows:

1.    This action arises out of an insurance coverage dispute regarding an automobile accident that occurred on October 27, 2013, in which a vehicle driven by Defendant, SHEA, collided with another vehicle being operated by James Shinaver and in which Teresa Shinaver was a passenger (the "subject accident").

2. This Court issued a Scheduling Order on September 19, 2017. [**Document 25**].

3. Pursuant thereto, Defendant, SHEA, was required to provide expert witness disclosures by March 5, 2018. [**Document 25, p. 1**].

4. On June 18, 2018, Defendant, SHEA, filed his Response to Plaintiffs' Motion for Summary Final Judgment. [**Document 83**].

5. Therein, SHEA included an affidavit of Barry Funck in an apparent attempt to challenge the validity of a toxicology report cited by Plaintiffs in Plaintiffs Motion for Summary Judgment. [**Document 83-1**]. Therein Mr. Funck asserts that he is "a forensic expert in the field of drugs and toxicology." [**Document 83-1, p. 3**].

6. The toxicology report in question was provided to Defendant on September 26, 2017, and shows that the blood alcohol content of a sample of Defendant, SHEA's blood taken after the subject accident was above the legal limit of Fla. Stat. § 316.193(1)(a). [**Document 67-6, p. 2**].

7. Despite Plaintiffs' early disclosure of the toxicology report to SHEA as a document Plaintiffs were relying on in support of their claims in this action, and despite the deadlines imposed by this Court for expert witness disclosures, SHEA's Responses to Plaintiffs' Motion for Summary Final Judgment is the first

notice that the Plaintiffs have had of Barry Funck, his affidavit, or the materials he cited to therein.

8. Further, Defendant SHEA, as of the date of this Motion, *still* has yet to amend his expert witness list to disclose Barry Funck. As such, SHEA's disclosure of Barry Funk is untimely and any testimony by Barry Funck should thus be excluded from trial.

9. Additionally, Fla. Stat. § 316.1934(2)(c) states:

> If there was… a blood-alcohol level or breath-alcohol level of 0.08 or higher, that fact is prima facie evidence that the person was under the influence of alcoholic beverages to the extent that his or her normal faculties were impaired.

10. As the subject toxicology report shows that the Plaintiff blood-alcohol level is above the limit of 0.08 [**Document 67-6, p. 2**], there should be a rebuttable presumption at trial that Defendant, SHEA, at the time of the subject accident, was under the influence of alcoholic beverages to the extent that his normal faculties were impaired.

WHEREFORE, Plaintiffs, BUDGET RENT A CAR SYSTEM, INC., and ACE AMERICAN INSURANCE COMPANY, respectfully request that this Court grant this Motion in Limine and enter an Order precluding testimony from Defendant, SHEA's, untimely disclosed expert witness, Barry Funck, and imposing a rebuttable presumption at trial that Defendant, SHEA, at the time of the

subject accident, was under the influence of alcoholic beverages to the extent that his normal faculties were impaired.

## LOCAL RULE 3.01(G) CERTIFICATION

The undersigned attorney has communicated with opposing counsel concerning this Motion in good faith to resolve any issues raised herein and has been unable to agree on the resolution of same.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notice of Electronic Filing generated by CM/ECF.

**FALK, WAAS, HERNANDEZ, CORTINA, SOLOMON & BONNER, P.A.**
Attorneys for Plaintiffs, Budget Rent A Car System, Inc. and ACE American Insurance Company
1900 NW Corporate Blvd., Suite 210-E
Boca Raton, FL 33431
Telephone: (561) 367-2510
Facsimile: (561) 807-6633

By: */s/ Donald E. Guerrazzi, Esq.*
　　　Donald Guerrazzi
　　　Florida Bar No.: 116178

# SERVICE LIST
*Budget Rent A Car System, Inc. v Morford, et al*

F. Bradley Hassell, Esq.
Hassell-Legal, P.A.
1616 Concierge Blvd.
Suite 100
Daytona Beach, Florida 32117
Telephone: (386) 238-1357
Facsimile: (386) 258-7406
Email: CarolK@Hassell-Legal.com
Email: ABD@hassell-legal.com
Email: lisas@hassell-legal.com
*Attorneys for Defendant, Patrick Shea*

Corey A. Bundza, Esq.
Bundza & Rodriguez, P.A.
444 Seabreeze Boulevard
Suite 890
Daytona Beach, Florida 32114
Telephone: 386-252-5170
Fax: 386-252-5167
Email: efile@bwrlaw.com
Email: paralegal@daytonalawyers.com
*Attorney for Defendant, Sandy Morford as Personal Representative of the Estate of James Shinaver*

Web Earl Brennan, Esq.
Brennan , Holden, & Kavouklis , P.A.
115 S. Newport Ave.
Tampa, FL 33606
Telephone: 813-254-7770
Fax: 813-254-7787
Email: web@bhklawfirm.com
Email: judi@bhklawfirm.com
*Attorney for Defendant, Graciela Valley, as Personal Representative of the Estate of Teresa Shinaver*